# UNITED STATES DISTRICT COURT
## FOR
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Bobby Baker__      Docket No. __2:92CR20113-01__

### Petition on Probation and Supervised Release

COMES NOW __Michelle R. Sims,__ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of __Bobby Baker,__ who was placed on supervision by the Honorable __Jon Phipps McCalla__, sitting in the Court at __Memphis, Tennessee__, on the 7th day of __May__, __1993*__ who fixed the period of supervision at __60 months**__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to drug screens and drug testing as deemed necessary by the Probation Office.

\* Your Honor re-sentenced the defendant on February 10, 1995 and September 26, 1996.

\** Term of Supervised Release began July 12, 2002.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was arrested on May 1, 2005, by the Germantown Police Department and charged with Simple Assault. This Domestic Violence incident occurred between the defendant and his girlfriend, Maria Gilbert, in the apartment they shared. It is alleged that during an argument the defendant threw Ms. Gilbert on the bed and tried to rip her pants off, and she also received an eye injury during the altercation. The defendant's case has been reset until October 5, 2005.

In light of the recent offense, this officer feels that counseling would be appropriate in this case. The defendant has signed a Waiver of Hearing to Modify the Conditions of Supervised Release to include counseling for anger management.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's conditions of Supervised Release be MODIFIED to include counseling to deal with his anger management as directed by the Probation Office.

### ORDER OF COURT

Considered and ordered this __7__ day of __Oct__, 20__05__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_Michelle R. Sims_
Michelle R. Sims
United States Probation Officer

Place ___Memphis, TN___

Date ___October 4, 2005___

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

(149)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Special Conditions of Supervised Release.

**The defendant shall participate in an ANGER MANAGEMENT PROGRAM as directed by the United States Probation Office.**

Witness: _Michelle R. Sims_
United States Probation Officer

Signed: _Bobby Baker_
Supervised Releasee

Date: 7 6 05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 149 in case 2:92-CR-20113 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT